JUDGE RAMOS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick S. Koger, Roslyn O. Drew, Amanda Z. Koger, & Megan E. Koger

19CV9053

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Justice Clark V. Richardson, in his individual and official capacity as former supervising Judge of the Bronx County Family Court,
Justice Janet DiFiore, in her individual and official capacity as Chief Justice of the Court of Appeals New York State, Respondent Superior

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated? *14th Amendment, U.S.C.*

*28 U.S.C § 1331, Title 42 U.S.C. § 1983 where the actions of the judge, Clark V. Richardson fell outside of the boundaries of his duties, and clone in violation of any reasonable or lawful cause but clone in trespass of the law, prejudicial and without subject matter jurisdiction clone under color of law.*

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                  (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Janet DiFiore_____ , is a citizen of the State of

(Defendant's name)

New York
_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __Janet DiFiore_____ , is incorporated under the laws of

the State of __New York_____

and has its principal place of business in the State of __New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __Albany, New York_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name | |
|---|---|---|---|

| Street Address | | | |
|---|---|---|---|

| County, City | State | Zip Code | |
|---|---|---|---|

| Telephone Number | Email Address (if available) | |
|---|---|---|

If the defendant is an individual:

The defendant, Justice Clark V. Richardson , is a citizen of the State of
                (Defendant's name)

New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, Justice Clark V. Richardson , is incorporated under the laws of
the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in New York City _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Frederick S. Koger

| First Name | Middle Initial | Last Name |

7624 South Damen Avenue

Street Address

Cook, Chicago Illinois 60620

| County, City | State | Zip Code |

773-577-0322

| Telephone Number | Email Address (if available) |

Page 3

**PARTIES CONTINUATION PLAINTIFF (S)**

Roslyn O. Drew
7624 South Damen Avenue
Cook, Chicago, Illinois 60620

Amanda Z. Koger
7624 South Damen Avenue
Cook, Chicago, Illinois 60620

Megan E. Koger
7624 South Damen Avenue
Cook, Chicago, Illinois 60620

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Clark V. Richardson

First Name                              Last Name
Justice of New York County Family Court

Current Job Title (or other identifying information)
60 Lafayett Street

Current Work Address (or other address where defendant may be served)
New York, New York, New York   10013

County, City                      State                      Zip Code

Defendant 2:    Janet DiFiore

First Name                              Last Name
Chief Judge of Court of appeals NYS

Current Job Title (or other identifying information)
20 Eagle Street

Current Work Address (or other address where defendant may be served)
Albany, Albany                    New York              12207

County, City                      State                      Zip Code

Defendant 3:    _____

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                      State                      Zip Code

Page 4

Defendant 4:

_____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Bronx, New York - Chicago, Illinois_

Date(s) of occurrence: _December, 2002 - Present_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

This complaint is based on the BUT FOR test. But for former/retired Justice Maureen A. McLeod of the Bronx County Family Court accepting defective petitions from the Administration For Children's Services, (ACS) to start a proceeding against our daughters and parents for Educational Neglect, this case would have been dismissed with prejudice. When Justice Maureen A. McLeod accepted defective petitions from ACS, we knew the judge didn't have jurisdiction over the matter. However, under duress, we continued to come to court until Judge McLeod recused. In court, she stated that case # N-21787-02 and N-21788-02 would continue with Educational Neglect proceedings that was given to Former Supervising Judge, Clark V. Richardson of the Bronx County Family Court, in early 2003. When the case was given to him, he should have dismissed the Educational Neglect proceedings based on defective petitions and lack of subject matter. Instead, Justice Richardson complicated matters when he assigned the case to continue with Justice Gayle P. Roberts of the Bronx County Family Court. Again, under duress, we continued with the illegal proceedings in this case on defective petitions in her court. We closed the matter with an Omnibus Motion, and walked. Former Justice Clark V. Richardson did not like the outcome of the matter when the case was dismissed for Want of Prosecution from Justice Gayle P. Roberts. He was upset and intervened on this matter when he did not preside over the case in illegal Educational Neglect proceedings. Instead, Justice Richardson had the audacity to override Judge Roberts' decision. He reduce and order to writing based on the lie of Fact Finding And Disposition, stating that that we were convicted on Educational Neglect on June 28, 2005. Chief Justice Janet DiFiore of the Court of Appeals of New York State, Respondent Superior, should have timely corrected his actions but failed. When we discovered Justice Richardson's impropriety, we took action.

Page 5

On July 16, 2019, we contacted and complained to the Commission on Judicial Conduct about Justice Clark V. Richardson. (See Exhibit A) To date, we have not received a response from the commission. Judge's have Absolute Immunity. However, when a judge circumvent the law or disregard the New York State Family Court Act, It spells Ultra-Vires against a judge, and Justice Richardson fits that profile. As a result his Absolute immunity is stripped, and Chief Justice DiFiore who represents the New York State Unified Court System, Sovereign Immunity is also stripped. Judge Richardson's outrageous behavior prompted us to contact officials in New York State. We contacted Governor Cuomo and he congratulated us for "Blowing the Whistle" on Judge Richardson. (See Exhibit B) We wrote him back and stated that New York State should make us an offer. (See Exhibit C) We couldn't believe that Judge Richardson wrote a frivolous order. (See Exhibit D) No judge had jurisdiction. Afterwards, our Notice Of Intent to Sue went out to the Judge Richardson and Judge DiFiore. (See Exhibit E) This incompetent judge lied. And/or assuming if the frivolous order was true, Frederick S. Koger could not be a Certified Teacher in the Chicago Public Schools teaching elementary and high school Jazz, Concert Band, Pep Band, Drum Line, piano, and General Music. (See Exhibits F, G, & H)

---

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Trauma caused by 10 day foster care placement without cause. Illness, depression and intimidation of forcing parents to return daughters to public school of original harm, closure of legitimate certified homeschool. ACS interference in family life. Finding the published lie of the order and disposition on the internet all these years later.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

We want court to order $40,000,000.00 in monetary damages a removal and retraction of the false order, and a written apology from the offending Judge and the Chief Justice for failing to monitor to each named plaintiff. We are each entitled to an equal distribution of the sum demand for the offenses.

Our complaint is grounded in and based upon acts of official misconduct by a judge under color of law. We apply the But for test with this lawsuit, But for the erroneous prejudicial assessment of former retired Judge Maureen A. McLeod, who permitted unlawfully commenced defective petitions to be initiated and filed by an ACS agent, this case couldn't have taken place. The petitions went forth unstamped or dated by the clerk of the of the family court

Proper jurisdiction never attached. Different facts and evidence were provided by us, but were ignored. A reasonably prudent judge with a superior knowledge wouldn't have tossed aside the evidence before her. She ultimately was forced to recuse under a cloud of disgrace and prejudicial bias, and sent to Kings County.

When the matter of the defective petitions #N-21787-88-02 reached the bench of Justice Clark V. Richardson, instead of assigning it to a mock "trial" proceeding that continued for two years in the courtroom of Justice Gayle P. Roberts, he should have dismissed the improperly commenced petitions and sent ACS and child advocate workers to the school where physical violence and bullying had forced the withdrawal of our daughters, causing us to establish a legitimate certified homeschool so they could learn without assault and intimidation. His determination, equally as flawed as the initially disgraced judge was to charge us, the parents, with educational neglect even though the elements and evidence didn't support the allegations.

The case culminated in our submitting an Omnibus motion, to which our accusers had no valid evidence to support. Justice Gayle Roberts order and decision should have been dismissed for want of prosecution, with prejudice. We nevermore saw or heard anything further from her court, and still don't know how she chose to conclude the proceedings.

But evidently Justice Clark V. Richardson wasn't happy with the outcome. Early this year we found his Fact Finding Order and Disposition he published on the internet. We were shocked to find his writing. It is a lie, not supported by information to substantiate what it contains. There were no failed grades, no social ineptitude, no language, reading or writing deficiencies, no poor test scores or any typical shortcomings commonly found in children of educational neglect. What evidence did he use to base his falsely concluded order on?

We are further appalled that he wrote this order even though he never presided over us or any part of the mock proceedings. His actions from the start are ultra vires and strips him of all immunity, entitling us to monetary and other forms of relief plus damages.

Our complaint against Justice Janet DiFiore is premised upon her failure to mind the store. As the head of the Unified Court System, we question her authority and ability to lead, direct and monitor the decisions, rulings and actions of the judges she employs, appoints and/or supervises. Sovereign immunity can't be maintained by any court system in light of these facts. Every minority family is at risk. We feel the media and every social engine must be warned by us because of this experience. We shudder to think how many times, how many judges are making life altering judgements against people of color? We can find no State or Federal Statute, Amendment or case precedent to excuse the violation of our right to not be infringed on or interfered with this way. We didn't know this blatant lie was out there for all to see until this year.

## COUNTS OF MISCONDUCT

**COUNT 1** - Intentional Administrative Oversight
Chief Justice Janet DiFiore has a duty to oversee the judges she supervises and to hold them accountable for the orders and decisions they render in any given case. Immunity although broad does not cover instances of trespass.

**COUNT 2** - Official Judicial Misconduct
On two occasions, in two separate legal theoretical instances, a judge with superior knowledge of the law and procedure ignored his duty to be impartial. He ignored the defects of the petitions and set the matter for trial where no true indication of a need existed. The lawlessness indicated was at the public school level, not with the parents or our daughters. How he came to frame and publish a lie on the facts that were before him is abominable and he should not be making decisions about anyone. His judgment is flawed. Clark V. Richardson doesn't know fact from fiction, or his place in legal matters.

**COUNT 3** -  Judicial Abuse of Discretion
With all the power and authority given to judges, and the protection they are afforded, even when wrong, Justice Clark V. Richardson could have helped solve a problem, but used his authority to instead do greater harm. He is without integrity if he sits on a bench and arbitrarily rules without regard for facts in truth before him.

**COUNT 4** - Lack of Subject Matter Jurisdiction to Proceed in Family Court
Justice Richardson followed the original Judge's deliberate indiscretion in failing to instruct the ACS caseworker to correct the defect of the petitions. Pursuant to State Statute, All cases are commenced by the stamped dated filing of a complaint, petition information, etc. in the office of the clerk of the relevant court. Without this initial act, subject matter over the persons and the subject doesn't begin. In our case, what was so urgent that taking this all important step didn't matter. We were forced to appear more than 20 times under duress, in fear of being imprisoned and having our daughters put back in foster care, on evidence never produced.

**COUNT 5** - Irreparable Harm For Unnecessary  Foster Care Placement
Maureen McLeod  placed our daughters in foster care for 10 days in January 2003 when her authority to close our legitimate homeschool was challenged in open court. Justice Richardson had a duty to dispatch our accusers to the original  source of harm. He instead ordered us to a trial for educational neglect, even with the jurisdictional flaw of the petitions. There was no evidence of any educational lacking in our daughter's school records at P.S. 63 in Bronx New York.

**COUNT 6** - Failure to Acknowledge a Valid Procedural Development
Judge Richardson issued an order in violation of a statute designed to help in the resolution of neglect proceedings. It is a deliberate prejudicial trespass of law intent upon disrupting a legal remedy available to the innocent.

**COUNT 7** - Publication in Defamation
In a case he didn't preside over, Justice Richardson published a fictitious order, not based on any factual evidence to a public law journal. This decision and order, is frivolous and defamatory. Any one searching our names for any reason, can and will see it and it could cause

them to hesitate in acceptance of whatever we may be trying to accomplish or obtain. We are in essence being punished and shunned upon a lie because he didn't like the outcome of a case he never had authority to assign. The public must be informed of his poor supervisory skills, and the Unified Court System's Chief judge failure to know what he was up to.

| Home | Filing a complaint | Search | Contact Us |
|---|---|---|---|

# Complaint Form

**New York State Commission on Judicial Conduct**

**Complaint Form -- Confidential**

*Please print this webpage, complete it, and mail it to the Commission office nearest you:*

| |
|---|
| 61 Broadway, Suite 1200 ♦ New York, NY 10006 |
| Corning Tower, Suite 2301 ♦ Empire State Plaza ♦ Albany, New York 12223 |
| 400 Andrews Street, Suite 700 ♦ Rochester, NY 14604 |

A complaint to the Commission must be in writing and signed.  (See New York Judiciary Law Section 44.1.)  A complaint does not have to be sworn or notarized.  You may submit a complaint by letter or by using this complaint form. If you submit a letter, please include the information requested by this form. Please note that all complaints received by the Commission are scanned and electronic copies are provided to each Commission member; therefore, it is unnecessary to provide more than one copy of any material.

## Background Information

*Note: Please do not submit original documents. Copies only please.*

Today's Date: July 16, 2019

Your Full Name: (Mr. Ms.) Frederick S. Koger / Roslyn O. Wair-Koger

Address: 7624 South Damen Avenue

City: Chicago    State: Illinois    Zip Code: 60620

Home Phone: 773-891-0231    Business Phone: _____

Are you or were you represented by a lawyer?  ____ Yes  _X_ No

Lawyer's Name: _____ N/A

Address: _____ N/A

_____ N/A

Telephone: _____ N/A

## Complaint Information



Judge's Name: CLARK V. RICHARDSON

Judge's Court: Who Knows ?   County: Bronx or New York

Date(s) of Incident(s): December 23, 2002 —— Present

Name of Case (if applicable): In the Matter of Amanda Koster & Megan Koster

Index Number of Case (if applicable): N - 21787-02 & N 21788-02

Details of Complaint

In the space below, please describe the alleged misconduct. Include as much detailed information as possible, such as what happened, where and when; the names of witnesses; who said what to whom, and in what tone of voice; etc. Use additional sheets if necessary.

See Attached

Complainant's Signature (Required): _Michael Koster / Roslyn Drew_

## COMPLAINT

Who in the fuck is Clark V. Richardson? Where does he come from? We knew he the administrative judge in the Bronx County Family court. At no time did we ever encounter his presence in any court. He didn't have jurisdiction on this family court matter. We never step foot in his court. We had two judges. Those family court judges were, Maureen A. McLeod and Gayle P. Roberts. There was no Clark V. Richardson. How in the fuck did *this* fucked up judge add his two cents to this case? His Order of **Fact-Finding and Disposition** is hereby MOOT. What the fuck was he thinking about? The son of a bitch wrote this order on June 28, 2005. What the fuck!! Here is an incompetent judge who doesn't have first hand knowledge on what occurred at the proper time. This incompetent judge had the audacity to write an order. We just got this order. My wife, Roslyn O. Drew, and I just discovered this bullshit order some weeks ago. When Judge Maureen A. McLeod vanished from the Bronx County Family Court by means of recusal, we we before Judge Gayle P. Roberts. We never stood before Justice Clark V. Richardson of the Bronx County Family Court. In the Order in which he had written, and I'm paraphrasing, he states, if we didn't comply with his fucked up order, we could go to jail for six months and loose custody of our children. He tried to avenge Judge Maureen A. McLeod's recusal and departure from the Bronx County Family Court. He failed miserably. Justice Clark V. Richardson goes on to say we have not appeared in court to answer the petition. That's a god damn lie. That fuck face motherfucker doesn't know his armpit from his asshole. He's mixed-up, befuddled, confused, and devoid of understanding on what he got him self into. His orders are all lies. He should be taken off the bench. He continues to bullshit his order that states we committed educational neglect. He's fucked up in his thinking. We submitted an Omnibus Motion in Judge Gayle P. Roberts court. The lawyers for the Administration for Children's Services failed to respond to that particular motion. They didn't respond, and we walked. That's a fact. All of this mumble jumble from this fuck faces Clark V. Richardson is misleading. We walked away with our family. If we were found guilty, they knew where we lived. I waited and waited until somebody showed up. Nobody showed up. He falsified a legal document. That in itself knocks out his qualified immunity. He is writing lies and publishing this lie. If we were found guilty, then yes, we would have been jailed and our children taken away from us. It didn't happen and he just like fuck face Maureen A. McLeod caused harm. Those stupid sons of bitches fucked up big time and should punished. If we were found guilty, I couldn't teach in the Chicago Public Schools. I was fingerprinted etc. I taught from 2004-Present. He harmed us. We never knew him and that bastard should step down. His immunity has dissolved. That pussy motherfucker fucked up big time. Again, the New York Unified Court System owes us Big Time. That son of a bitch just fucked himself. He's a dumb son of a bitch!!!!



STATE OF NEW YORK
**EXECUTIVE CHAMBER**
ALBANY 12224

**ANDREW M. CUOMO**
**GOVERNOR**

July 25, 2019

Mr. Frederick S. Koger
7624 South Damen Avenue
Chicago, IL 60620

Dear Mr. Koger:

Thank you for your recent correspondence and for bringing your concerns to my attention. To build a stronger, competent government in New York, we need the participation of citizens like you to spotlight problems and areas in need of improvement. Your input is invaluable to our mission to create a government that works for its people, and I appreciate you taking the time to write to me.

I want to assure you that your letter has been reviewed and directed to the appropriate members of my Administration. Please be assured that they will follow up should they have any questions or require any further information in order to assist in the resolution of your concerns.

Thank you again for writing.

Sincerely,

Andrew M. Cuomo

Exhibit (B)

**WE WORK FOR THE PEOPLE**
PERFORMANCE ★ INTEGRITY ★ PRIDE

 printed on recycled paper

Andrew M. Cuomo
Governor
State of New York
Executive Chamber
Albany 12224

August 13, 2019

Dear Mr. Cuomo:

We are in receipt of your letter acknowledging our complaint against Bronx County Family Court Judge, Maureen A McLeod and Supervisor, Judge, Clark V. Richardson, dated July 25, 2019. We appreciate your concern in this matter directing this complaint will get attention directed to the appropriate members to investigate. However, we find it to be highly unusual for the New York State Commission of Judicial Conduct dated July 16, 2019, failing to give us a response with respect to Justice McLeod and Richardson. we have a valid argument. There was no Educational Neglect with our children, Amanda and Magen Koger, our homeschool was in place and *timely,* Judge McLeod illegally closed our homeschool, she violated our civil and constitutional rights in the Bronx County Family Court, and Judge Richardson wrote a lie with respect to his **Order of Fact - Finding And Disposition.** This judge did not preside over the case nor was he in charge in this matter. We were not convicted, we did not go to jail. Our parental rights were violated and both judges have violated New York State Law with respect to family court proceedings. The Administration For Children's Services (ACS) presented a frivolous case against us. When we filed an Omnibus Motion and ACS failed to respond, WE WALKED and didn't look back. If we violated New York State Law, I am pretty sure we would have been arrested. Judge Clark V. Richardson entered this frivolous order on June 28, 2005. After Judge Maureen A. McLeod mysteriously disappeared/recused and relocated to Kings County to preside, Judge Gayle P. Roberts was the judge. We don't know why, and we couldn't get out of it.

We are aware that Judge Maureen A. McLeod and Clark V. Richardson have Absolute Immunity and New York State has Sovereign Immunity. Their vale becomes stripped because of Ultra-Vires. They acted beyond the scope of their duty. In other words, these judges can be sued. August 24, 2019 will be 30 days from the date of your response to us. Our suggestion is, **MAKE US A REASONABLE OFFER,** whereas, we will indemnify and hold you harmless or we have no choice to move forward with legal action against these corrupt judges. We are also prepared and will go the full gamut to exploit the New York State Unified Court System, (Bronx County Family Court). The coattails of Justice Maureen A. McLeod is long. (See Exhibits) A. B. & C.
* KOGER v. STATE dated July 31, 2014, Paul A. Engelmayer, District Court Judge. He got it wrong!!
* RIVERS v. McLEOD dated May 15, 2001, the McLeod did this on another occasion!!
* ILLINOIS STATE TEACHER'S CERTIFICATION, I was a full-time teacher in the year of 2004.

Respectfully Submitted,

Frederick S. Koger
Roslyn O. Drew
Amanda Z. Koger
Magan E. Koger

exhibit (c)

F.C.A.§§ 1017, 1033-b, 1040, 1044,
1046, 1051, 1052, 1053,
1054, 1055, 1057, 1059

10-10 2/2001

At a term of the Family Court of the
State of New York, held in and for
the County of Bronx, at 900
Sheridan Avenue, Bronx, NY
10451, on June 28, 2005

PRESENT:   Hon. Clark V. Richardson

In the Matter of

Amanda Koger (DOB: 8/29/1993),
Megan Koger (DOB: 8/15/1995),

Children under Eighteen Years of Age
Alleged to be Neglected by

Roslyn Drew,
Frederick Koger,

                                        Respondents.

File #:      11240
Docket #:  NN-21787-02
                  NN-21788-02

CPS #:     05224891

ORDER OF FACT-FINDING
AND DISPOSITION

NOTICE: WILLFUL FAILURE TO OBEY THE TERMS AND CONDITIONS OF THIS
ORDER MAY RESULT IN COMMITMENT TO JAIL FOR A TERM NOT TO EXCEED
SIX MONTHS.

PLACEMENT OF YOUR CHILD IN FOSTER CARE MAY RESULT IN YOUR LOSS
OF YOUR RIGHTS TO YOUR CHILD. IF YOUR CHILD STAYS IN FOSTER CARE
FOR 15 OF THE MOST RECENT 22 MONTHS, THE AGENCY MAY BE REQUIRED
BY LAW TO FILE A PETITION TO TERMINATE YOUR PARENTAL RIGHTS AND
TO COMMIT GUARDIANSHIP AND CUSTODY OF YOUR CHILD TO THE AGENCY
FOR THE PURPOSES OF ADOPTION. IN SOME CASES, THE AGENCY MAY FILE
BEFORE THE END OF THE 15 MONTH PERIOD. IF SEVERE OR REPEATED
CHILD ABUSE IS PROVEN BY CLEAR AND CONVINCING EVIDENCE, THIS
FINDING MAY CONSTITUTE THE BASIS TO TERMINATE YOUR PARENTAL
RIGHTS AND TO COMMIT GUARDIANSHIP AND CUSTODY OF YOUR CHILD TO
THE AGENCY FOR THE PURPOSES OF ADOPTION.

The petition of Admin. for Children's Services-Bronx under Article 10 of the Family
Court Act, having been filed in this Court on December 20, 2002 alleging that the above-named
Respondents neglected the above-named children; and

Notice having been duly given to the Respondents pursuant to section 1036 or 1037 of
the Family Court Act; and

Respondents having not appeared; and Counsel for the Respondents having not appeared
before this Court to answer the petition; and

Respondents having failed to appear and the matter having duly come on for a
fact-finding hearing by inquest before this Court;

Exhibit (D)

Docket No: NN-21787-02
NN-21788-02
10-10

The Court, after having hearing the proofs and testimony offered in relation to the case, including school records of the children and having found by a preponderance of the evidence that Respondents committed the following acts constituting child neglect. The Court makes a finding of educational neglect and draws a negative inference against both Respondent's for failure to appear in Court;

And the matter having thereafter duly come on for a dispositional hearing before the Court,

NOW therefore, upon findings made in the fact-finding and dispositional hearings; and upon all proceedings had herein, it is

ADJUDGED that facts sufficient to sustain the petition herein have been established, in that: **A Finding of Neglect is entered against the Respondent Mother**;
**A Finding of Neglect is entered against the Respondent Father**; and it is hereby

ADJUDGED that the above-named children are neglected children, as defined in section 1012 of the Family Court Act; and it is further

ORDERED **that the children are released to the custody of the Respondents with supervision of the Administration For Children's Services for a period of 6 months upon the following terms and conditions to be met by Respondents**: **The Respondents are to cooperate with referrals as made by the Administration For Children's Services and/or the Department of Education**; and it is further

ORDERED that
1) **The Administration For Children's Services is directed to perform a mental health evaluation on the children and offer any appropriate services;**
2) **The Department of Education is directed to perform appropriate evaluations of the child Amanda and make appropriate referrals.**

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Dated: June 28, 2005                    ENTER

CLARK V. RICHARDSON
J.F.C.

_____
**Hon. Clark V. Richardson**

Check applicable box:
☐ Order mailed on [specify date(s) and to whom mailed]:_____

## NOTICE OF INTENT TO SUE WITH DEMAND

Janet DiFiore
Chief Judge of the Court of Appeals and of the State of New York
RESPONDENT SUPERIOR
New York State Court of Appeals
20 Eagle Street
Albany, NY 12207

Clark V. Richardson
New York County Family Court Part 11 5th Floor
60 Lafayette Street
New York, NY 10013

August 27, 2019

Dear Justice Clark V. Richardson:

You are hereby given notice that Frederick S. Koger, Roslyn O. Drew, Amanda Z. Koger & Megan E. Koger intends to commence a lawsuit against you on behalf of the Bronx County Family Court in reference to index number N-21787-02 & N-21788-02 for $4,000,000.00 (Four Million Dollars) of damages due to interference of an Educational Neglect proceeding that resulted in Dismissal that had no finding against Amanda Z. Koger & Megan E. Koger and parents Frederick S. Koger & Roslyn O. Drew, interference with an Omnibus Motion, Defamation of Character, and the frivolous order that was written by you that resulted in an outright lie coupled with Irreparable Harm to our family, as you were not the presiding judge on the case. We will file suit against you if you do not pay the $4,000,000.00 (Four Million Dollars) within 21 days after receiving this letter.

Please contact me as soon as possible at (773) 891-0231 to resolve this matter.

Sincerely,

Frederick S. Koger

Roslyn O. Drew

CC: Letitia James
    NYS Attorney General
    Office of the Attorney General
    The Capitol
    Albany, NY 12224

Exhibit (E)

The Honorable Andrew M. Cuomo
State Capitol Building
Office of the Governor, NYS
Albany, NY 12224

Bill de Blasio
Mayor of NYC
New York City Hall
New York, NY 10007

**CHICAGO PUBLIC SCHOOLS • 125 S. Clark Street, 2nd Floor • Chicago, Illinois**

## CPS Teacher Quality Pool – Administrator Recommendation

*Please have a current or former administrator\* complete the Administrator Recommendation template as part of the CPS Teacher Quality Pool application process. Please note that two recommendations are required from two different administrators. Forms must be uploaded by Applicants within the Quality Pool application attachments section.*

**ADMINISTRATORS:** In order to be eligible for hire, candidates must complete the CPS Teacher Quality Pool Selection Process. Please check the appropriate rating in regards to each category below. By completing this form, you are certifying that you have personal knowledge of this applicant's teaching practice and recommend that the applicant is suitable to teach in the Chicago Public Schools.

**APPLICANT'S NAME:** Frederick S. Koger

### Planning and Preparation

The teacher understands instructional planning and designs instruction based upon knowledge of the discipline, students, the community, and curriculum goals. The teacher understands the central concepts, methods of inquiry, and structures of the discipline(s) and creates learning experiences that make the content meaningful.

[X] **Distinguished**    [ ] **Proficient**    [ ] **Basic**    [ ] **Unsatisfactory**

### The Classroom Environment

The teacher uses an understanding of individual and group motivation and behavior to create a learning environment that encourages positive social interaction, active engagement in learning, and self-motivation. The teacher understands how students differ in their approaches to learning and creates instructional opportunities that are adapted to diverse learners.

[X] **Distinguished**    [ ] **Proficient**    [ ] **Basic**    [ ] **Unsatisfactory**

### Instructional Delivery

The teacher understands and uses a variety of instructional strategies to encourage students' development of critical thinking, problem solving, and performance skills. The teacher understands how individuals grow, develop, and learn, and provides learning opportunities that support the intellectual, social, and personal development of all students. The teacher understands various formal and informal assessment strategies and uses them to support the continuous development of all students.

[X] **Distinguished**    [ ] **Proficient**    [ ] **Basic**    [ ] **Unsatisfactory**

### Professional Responsibilities

The teacher is a reflective practitioner who continually evaluates how choices and actions affect students, parents, other professionals in the learning community and actively seeks opportunities to grow professionally. The teacher understands the role of the community in education and develops and maintains collaborative relationships with colleagues, parents/guardians, and the community to support student learning and well-being, and communicates effectively with all groups. The teacher understands education as a profession, maintains standards of professional conduct, and provides leadership to improve student learning and well-being.

[X] **Distinguished**    [ ] **Proficient**    [ ] **Basic**    [ ] **Unsatisfactory**

Administrator Print Name: Dr. Robert C. Miller   Date: 02/15/2014

Number of Years You Supervised Applicant: 10 years   Phone: 773 881-3214

School/Program Name: Bogan High Schoo   Email: gwenup@aol.com

**Administrators should return completed Administrator Recommendation Form to applicant via e-mail.**

\*"Administrator": Defined by the CPS as a person who has supervised a candidate's teaching practice within the five (5) years preceding application to the pool and has personal knowledge of his/her teaching experience. Administrators may include a principal, assistant principal, cooperating teacher, college or university field supervisor.

Exhibit (F)





## Barton Elementary School

7650 South Wolcott Avenue Chicago, Illinois 60620
Telephone: 773-535-3260 | Fax: 773-535-3271
www.bartonschoolchicago.org

**Augusta Smith**
*Principal*

**Chase James**
*Assistant Principal*

Date: July 10th, 2015

To Whom It May Concern:

Mr. Frederick Koger was a teacher at Barton Elementary School for the duration of the 2014-2015 academic year. He was responsible for teaching all students in Kindergarten through 8th grade. He taught general music and was able to teach the class with minimal resources. He was responsible for writing weekly lesson plans, maintaining an accurate grade book, and managing the classroom. Mr. Koger also volunteered his time to help with starting our after school band program in conjunction with Merit Music.

If you have any questions regarding Mr. Frederick Koger's tenure at Barton Elementary School, please feel free to reach out to me via the information below.

Chase James
Assistant Principal
Barton Elementary School

chjames1@cps.edu
6-6854

Exhibit (G)

# Nancy B. Jefferson Alternative School

1100 South Hamilton Avenue, Chicago, IL 60612
Phone: 312.433.7110 Fax: 312.433.4442
www.jefferson.cps.edu Dr. Leonard Harris,
Principal

May 2, 2019

To Whom It May Concern:

It is with great confidence that I recommend Scott Kroger to the University Of Miami Frost School Of Music Program. During the academic school years of 2014 through 2016, I had the distinct opportunity to supervise Scott Kroger in the capacity of a Music teacher at Corliss Early College STEM High School. During that time he unselfishly shared his experiences and knowledge of music with me, as well as with the entire team.

The administration and his peers were extremely impressed with the level of commitment he demonstrated at all times, with regards to maximizing our student's educational growth and knowledge of music. Mr. Kroger epitomized someone who went well beyond the call of duty, as he diligently worked to ensure that all of his students were provided with rigorous instruction that was aligned to the Common Core State Standards.

Mr. Scott Kroger is a very analytical person who seeks to proactively make things better, because striving for excellence is what I have learned defines him. He is never satisfied with mediocrity or the status quo if indeed things can be improved.

Mr. Scott Kroger is a professional, responsible, and resolute individual. I strongly recommend Scott Kroger for admittance to the University Of Miami Frost School Of Music Program.

If I can be of further assistance please feel free to call me 312-433-5212 or

Exhibit (H)

email me at Lharris5@cps.edu.

Sincerel
y,

Dr. Leonard Harris
Leonard Harris
Principal Chicago
Public Schools

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9 - 30 - 19 | *Plaintiff's Signature* |
| Dated | Plaintiff's Signature |

| Frederick | S. | Koger |
|---|---|---|
| First Name | Middle Initial | Last Name |

7624 South Damen Avenue

| | | |
|---|---|---|
| Street Address | | |
| Cook, Chicago | Illinois | 60620 |
| County, City | State | Zip Code |

773-577-0322

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☒ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/30/2015 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Roslyn | O. | Drew |
| First Name | Middle Initial | Last Name |

7624 South Damen Avenue

| | | | |
|---|---|---|---|
| Street Address | | | |
| Cook, Chicago | | Illinois | 60620 |
| County, City | | State | Zip Code |

773-398-2788

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| September 30, 2019 | | _Amanda Z. Koger_ |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Amanda | Z. | Koger |
| First Name | Middle Initial | Last Name |

7624 South Damen Avenue

| Street Address | | | |
| --- | --- | --- | --- |
| Cook, Chicago | | Illinois | 60620 |
| County, City | | State | Zip Code |

| | |
| --- | --- |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☒ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| September 30th, 2019 | | Megan Ke |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |

| Megan | E. | Koger | |
| --- | --- | --- | --- |
| First Name | Middle Initial | Last Name | |

7624 South Damen Avenue

| Street Address | | | |
| --- | --- | --- | --- |
| Cook, Chicago | | Illinois | 60620 |
| County, City | | State | Zip Code |

(773) 398-2052

| Telephone Number | | Email Address (if available) |
| --- | --- | --- |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

CC: Letitia James
    NYS Attorney General
    Office of the Attorney General
    The Capitol
    Albany, NY 12224

    The Honorable Andrew M. Cuomo
    State Capitol Building
    Office of the Governor, NYS
    Albany, NY 12224

    Mayor of NYC, Bill de Blasio
    New York City Hall
    New York, NY 10007

    Hon: Gayle P. Roberts
    Bronx Family Court
    900 Sheridan Avenue
    Bronx, NY 10451

    Darcel D. Clark/District Attorney
    The Office of the Bronx County District Attorney
    198 East 161st Street
    Bronx, NY 10451

    Cy Vance, Jr.
    Manhattan District Attorney
    One Hogan Place
    New York, NY 10013