UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/17/19

FREDERICK S. KOGER, ROSLYN O. DREW, AMANDA Z. KOGER, and MEGAN E. KOGER,

Plaintiffs,

– against –

CLARK V. RICHARDSON, and JANET DIFIORE,

Defendants.

**OPINION AND ORDER**

19 Civ. 9053 (ER)

RAMOS, D.J.:

On October 10, 2019, the Court issued an opinion and order dismissing, *sua sponte*, the instant action. Doc. 10. Because the *pro se* plaintiffs have not registered with the Court to be ECF users, the Clerk of the Court is respectfully directed to mail a copy of that order to the plaintiffs at 7624 South Damen Avenue, Chicago, IL 60620.

It is SO ORDERED.

Dated: October 17, 2019
New York, New York

_____
Edgardo Ramos, U.S.D.J.